UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>  -against-<br><br>STEVEN BREIER,<br><br>    Defendant. | 19 Cr. 00704 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The conference scheduled for Defendant Breier on April 7, 2021 at 2:00 p.m. will take place remotely by video.  The Court will communicate separately to counsel information for joining the videoconference.  Members of the public may dial in to the conference using the following listen-only teleconference line: (877) 402-9753, access code: 6545179.

  **SO ORDERED.**

Dated: New York, New York
    April 6, 2021

            */s/ Loretta A. Preska*
            LORETTA A. PRESKA
            Senior United States District Judge