

KAPLAN | MARINO

kaplanmarino.com

December 10, 2024

<u>**Via ECF**</u>

Hon. Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Brandon Becker**
<u>**S1 19 Cr. 704 (LAP)**</u>

Dear Judge Preska:

      I write to respectfully inform the Court of my Notice of Appearance filed in this matter on December 8, 2024. (Dkt. 258.) My partner Jennifer Lieser will also be filing a Notice of Appearance Pro Hac Vice. Our appearance in this matter is for the purpose of representing Mr. Becker at sentencing which is currently scheduled before Your Honor on January 14, 2024. We are based in Los Angeles and are therefore readily available and accessible to meet with Mr. Becker as he prepares to be sentencing by Your Honor.

      I have spoken this morning with AUSA Vladislav Vainberg and USPO Jemmard N. Thomas. I have informed them both that we would be seeking an adjournment of the currently scheduled sentencing date to March 31, 2025, if that date is acceptable to the Court, to have sufficient time to prepare for sentencing.

      Mr. Vainberg takes no position on the adjournment as long as CJA counsel remains counsel of record and we have no objection to this condition. Mr. Thomas advises that he is required to file his final Presentence Investigation Report tomorrow based on the current date for sentencing.

      We are respectfully requesting that Your Honor,

- Grant our appearance in this matter.
- Grant an adjournment of the sentencing in this matter to March 31, 2025.
- Direct USPO Mr. Thomas that the due date for the filing of the Probation and Sentence Report is adjourned commensurate with the new date for sentencing.

      I assure the court we will not seek any further adjournments.

1546 N. Fairfax Avenue
Los Angeles, CA 90046

T 310.557.0007
F 310.861.1776



Respectfully,

KAPLAN MARINO, P.C.

*Nina Marino*

NINA MARINO

cc (by ECF): Vladislav Vainberg, AUSA
Timothy V. Capozzi, AUSA
Jeffrey Coyle, AUSA
Michael E. Giordano, Esq.
Bobbi Sternheim, Esq.
Louis Fasulo, Esq.

cc (by email): Jemmard N. Thomas, USPO Specialist
jemmard_thomas@nysp.uscourts.gov

```
All three of Defendant's
requests are granted.
Sentencing is adjourned to March
31, 2025 at 10:00 a.m.
```

*Loretta A. Preska*
_____
Loretta A. Preska
United Stated District Judge

December 11, 2024
New York, New York