UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **Consent** <br> **Order of Restitution** |
| v. | |
| STEVEN BREIER | S2 19 Cr. 704 (LAP) |

      Upon the application of the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, Vladislav Vainberg and Timothy Capozzi, Assistant United States Attorneys, of counsel; the presentence report; the Defendant's conviction on Count One through Four of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

### 1.    Amount of Restitution

      STEVEN BREIER, the Defendant, shall pay restitution in the total amount of $1,910,600.05, pursuant to 18 U.S.C. §§ 3663; 3663A and 3364, to the victims of the offense, to the victims of the offense(s) charged in Count One, Two, Three, and Four. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

#### A.    Joint and Several Liability

      Restitution is joint and several with the following defendants in the following cases: Brandon Becker and Steven Short, S3 19 Cr. 704 (LAP) and any co-conspirators ("Co-Conspirators") for the conduct charged in Count One, Two, Three, and Four of the Indictment, to

the extent restitution orders are ultimately entered against the Co-Conspirators for the offenses charged in Count One, Two, Three, and Four of the Indictment.

The defendant's liability to pay restitution shall continue unabated until either the defendant has paid the full amount of restitution ordered herein, or every victim in Schedule A has recovered the total amount of each loss from the restitution paid by the defendant and all co-defendants ordered to pay the same victims. The Government shall provide to the Clerk of the Court the name(s), docket number(s), contact information, and amount of restitution of Co-Conspirators against whom order(s) of restitution are entered

### B.   Apportionment Among Victims

Pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid. Restitution shall be paid to the victim(s) identified in the Schedule of Victims, attached hereto as Schedule A, on a pro rata basis, whereby each payment shall be distributed proportionally to each victim based upon the amount of loss for each victim, as set forth more fully in Schedule A.

### 2.   Schedule of Payments

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

The total amount of restitution is due immediately; however, in the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). The defendant will commence monthly installment payments of at least the greater

2

of (1) $100 *OR* (2) 5% percent of the defendant's gross income, payable on the 15th of each month, except that while the defendant serves a term of imprisonment, the required installment payments may be made through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Program (IFRP), subject to 18 U.S.C. § 3664(n).

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A), to the extent warranted.

3. **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his/her name and the docket number of this case on each check or money order.

4. **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5. **Term of Liability**

The Defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the Defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the Defendant, the Defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

6. **Sealing**

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Office, as need be to effect and enforce

this Order, without further order of this Court.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____          5/13/2025
     VLADISLAV VAINBERG                    DATE
     TIMOTHY CAPOZZI
     Assistant United States Attorneys
     26 Federal Plaza
     New York, NY 10278
     Tel.: (212) 637-1029/2404


STEVEN BREIER

By: _____          5/13/2025
     STEVEN BREIER                         DATE

By: _____          5/13/2025
     SETH FARBER, ESQ.                     DATE
     Attorney for Defendant
     Winston & Strawn LLP
     200 Park Avenue
     New York, NY 10166-4193


SO ORDERED:

_____              5/14/25
HONORABLE LORETTA A. PRESKA              DATE
UNITED STATES DISTRICT JUDGE